# IN THE SUPREME COURT OF THE STATE OF NEVADA

NAKIA WOODSON, D/B/A VIP BAIL BONDS,

Appellant,

vs.

INTERNATIONAL FIDELITY INSURANCE COMPANY, A NEW JERSEY CORPORATION; AND ALLEGHENY CASUALTY COMPANY, A PENNSYLVANIA CORPORATION,

Respondents.

No. 68990

**FILED**

JUN 03 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order awarding attorney fees and costs. On May 3, 2016, this court entered an order granting appellant's untimely motion for an extension of time to file the opening brief and directed appellant to file the brief on or before May 18, 2016. That order warned appellant that failure to comply could result in the imposition of sanctions, including the dismissal of this appeal. To date, appellant has failed to file the opening brief or otherwise communicate with this court. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

16-17398

cc:   Hon. Stefany Miley, District Judge
Nakia Woodson
Armstrong Teasdale, LLP/Las Vegas
Eighth District Court Clerk